# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**SOUTHVIEW HOSPITAL**

                **Plaintiff,**

Case No. 3:06-cv-063

-vs-

Judge Thomas M. Rose

**THE HEALTH BENEFITS PLAN FOR THE EMPLOYEES OF LEGACY MINISTRIES INTERNATIONAL, INC.**

                **Defendant.**

___

### ORDER OF DISMISSAL: TERMINATION ENTRY
___

The Court having been advised by counsel for the Parties that the above captioned matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the Parties, provided that any of the Parties may, upon good cause shown within sixty (60) days, reopen this action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Insurance Company of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. This Court will retain jurisdiction to enforce the terms of the settlement between the Parties, if necessary.

**DONE** and **ORDERED** in Dayton, Ohio, this Sixteenth day of July, 2007.

                                                  s/Thomas M. Rose
                                          _____
                                                  THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record